DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JASON FRIEND,

Appellant,

v.

SHAWNESE FRIEND, individually and on behalf of C.F.,

Appellee.

No. 2D2025-0501

_____

May 6, 2026

Appeal from the Circuit Court for Pasco County; Benjamin S. Thomas, Judge.

Joshua L. Monteiro of Sammis Law Firm, P.A., Tampa, for Appellant.

Laura A. Olson of Laura A. Olson, P.A., Tampa, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.